IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:10-CV-99-H

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **DEFAULT JUDGMENT** |
| v. ) | |
| ) | |
| WALTON PERSONAL PROPERTY, ) | |
| SPECIFICALLY DESCRIBED AS: ) | |
| A 2004 BMW 325i AUTOMOBILE, ) | |
| VIN: WBAEV33464KL62459; A 1998 ) | |
| MERCEDES BENZ CLK320 AUTOMOBILE, ) | |
| VIN: WDBLJ65GWF035742; A 2003 FORD ) | |
| EXCURSION AUTOMOBILE, ) | |
| VIN: 1FMNU43S73EA99434; AND A 2008 ) | |
| MITSUBISHI ECLIPSE AUTOMOBILE, ) | |
| VIN: 4A3AK24F08E001282; AND ANY AND) | |
| ALL PROCEEDS FROM THE SALE OF SAID ) | |
| PROPERTY, ) | |
| ) | |
| Defendants. ) | |

This matter is before the Court on Plaintiff's Amended Motion for Default Judgment. It appearing that a copy of the Complaint herein was served upon the record owner of the defendants and that publication has been duly made, in accordance with Supplemental Rule G(4), and, thus, that due notice was given accordingly, the Court finds that:

   1. Process was duly issued in this cause and the defendants were duly seized by the United States Marshal pursuant to said process;

   2. No entitled persons have filed any proper claim to the defendants nor answer regarding it within the time fixed by law; and

3. The well-plead allegations of the Complaint in respect to the defendants are taken as admitted, as no one has properly appeared to deny the same.

Based upon the above findings, it is hereby

ORDERED AND ADJUDGED that:

1. Default judgment be and the same is hereby entered against the defendants;

2. All persons claiming any right, title, or interest in or to the said defendants are held in default;

3. The defendants are forfeited to the United States of America; and

4. The United States Marshal is hereby directed to dispose of the defendants according to law.

SO ORDERED this 14th day of November, 2010.

*/s/ Malcolm J. Howard*
MALCOLM J. HOWARD
SENIOR UNITED STATES DISTRICT JUDGE